

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On appellant's motion, the court has reconsidered its decision to deny oral argument and submit this appeal on briefs. After reconsideration, the request for oral argument is DENIED and the appeal will be submitted on briefs as previously ordered by the court.

It is so ORDERED on this 14th day of August, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

